*Thursday, February 27, 1992*
## MOTION DOCKET

**88–351.** State v. Cooey. *Summit County,* No. 12943. On motion for stay. Stay granted.

**91–2369.** State, ex rel. Van Johnson, v. Cleveland. *Cuyahoga County,* No. 60964. On motion for stay. Stay denied.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–162.** State v. Wallace. *Hamilton County,* No. C–900779. On motion for appeal bond. Motion denied.

**92–271.** State v. Couch. *Van Wert County,* No. 15–91–11. On motion for appeal bond. Motion denied.

HOLMES and WRIGHT, JJ., dissent and would set bond at $10,000.

*Wednesday, March 4, 1992*
## MERIT DOCKET

**92–57.** State, ex rel. Schramm, v. Cook. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–88.** Alexander v. Brandt. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.